# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Seguro Medico, LLC and :
Arthur Wayne Walsh, :
     Petitioners :
           :
    v. :
           :
Pennsylvania Insurance Department, :
     Respondent :     No. 805 C.D. 2023

**PER CURIAM**        **O R D E R**

    NOW, July 29, 2024, upon consideration of Petitioners' application for reconsideration/reargument, the application is DENIED.